WHITE, Respondent, v. SHIELDS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Sarah E. White against Thomas J. Shields and Ellen J. Shields. No opinion. Judgment and order unanimously affirmed, with costs.

WHITMYRE, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Charles L. Whitmyre against the Schenectady Railway Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

WHOLEY, Appellant, v. KANE, Respondent. (Supreme Court, Appellate Division, First Department, March 6, 1903.) Action by Mary A. Wholey against Bridget Kane. A. D. Pape, for appellant. H. K. Doherty, for respondent. No opinion. Judgment affirmed, with costs.

WIGGINS v. HUNT. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Dennis B. Wiggins against George Hunt. No opinion. Motion to dismiss appeal granted, with $10 costs of this motion, unless within 30 days from the date of entry and service of a copy of this order the appellant pays the costs of this motion and of the former dismissal in this court, in which event the motion is denied.

WILMARTH, Appellant, v. FIRST NAT. BANK OF GREENWICH et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by George E. Wilmarth against the First National Bank of Greenwich and others. No opinion. Judgment unanimously affirmed, with costs.

WOOD, Respondent, v. E. & H. T. ANTHONY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Revillo C. Wood, as guardian ad litem of Harry C. Wood, a minor, against the E. & H. T. Anthony Company. No opinion. Motions denied.

WOOD, Respondent, v. HUSTED, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by John H. Wood against James W. Husted. No opinion. The requisite decision having been supplied in this case, it may be brought on for further argument by stipulation of counsel on any day of the present term.